MICHELE L. MARYOTT, SBN 191993
mmaryott@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

KATHERINE V.A. SMITH, SBN 247866
ksmith@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant*
AMAZON.COM SERVICES LLC, *formerly known as* AMAZON.COM SERVICES, INC.

JACOB N. WHITEHEAD, SBN 266123
jacob@jnwpc.com
WHITEHEAD EMPLOYMENT LAW
15615 Alton Parkway, Suite 175
Irvine, CA 92618
Telephone: 949.936.4001
Facsimile: 949.450.1588

BRIAN D. CHASE, SBN 164109
bchase@bisnarchase.com
JERUSALEM F. BELIGAN, SBN 211258
jbeligan@bisnarchase.com
IAN M. SILVERS, SBN 247416
isilvers@bisnarchase.com
BISNAR | CHASE LLP
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Telephone: (949) 752-2999
Facsimile: (949) 752-2777

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVION SHERMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM SERVICES, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | CASE NO. 8:19-cv-01329-JVS-SHK<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. James V. Selna<br>Courtroom 10C<br><br>Complaint Filed:　June 6, 2019<br>Trial Date:　　　　March 30, 2021 |

**TO THE HONORABLE JAMES V. SELNA:**

PLEASE TAKE NOTICE that, in accordance with Local Rule 16-15.7, Plaintiffs and Defendant Amazon.com Services LLC (formerly known as Amazon.com Services, Inc.) (collectively, the "Parties"), have reached a settlement that resolves the entire case. The specific terms of the settlement will be memorialized in formal settlement documents that the Parties are currently drafting.

The Parties request that all deadlines in this action, including the fact and expert discovery deadlines (currently set for December 18, 2020 and December 21, 2020, respectively), be vacated in the interim. Once the Parties finalize the settlement documents, Plaintiffs will request dismissal of the entire case.

Dated: December 2, 2020

MICHELE L. MARYOTT
KATHERINE V.A. SMITH
GIBSON, DUNN & CRUTCHER LLP

By:     /s/  Michele L. Maryott
            Michele L. Maryott

Attorneys for Defendant
AMAZON.COM SERVICES LLC, *formerly known as* AMAZON.COM SERVICES, INC.

Dated: December 2, 2020

JACOB N. WHITEHEAD
WHITEHEAD EMPLOYMENT LAW

By:     /s/ Jacob N. Whitehead
            Jacob N. Whitehead

Attorneys for Plaintiffs

Dated: December 2, 2020

                            BRIAN D. CHASE
                            JERUSALEM F. BELIGAN
                            IAN M. SILVERS
                            BISNER | CHASE LLP

By:    */s/ Jerusalem F. Beligan*
              Jerusalem F. Beligan

Attorneys for Plaintiffs

## SIGNATURE ATTESTATION

I, Michele L. Maryott, hereby attest that all other signatories listed, and on whose behalf this stipulation is submitted, concur in the content of the stipulation and have authorized its filing.

Dated:  December 2, 2020

By: */s/  Michele L. Maryott*
Michele L. Maryott